UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NUMBER 3:01 CR 61 (AWT) |
| vs. | : | |
| HECTOR MARTINEZ | : | APRIL 5, 2005 |

### MOTION TO STRIKE PARAGRAPH 39 OF PRESENTENCE REPORT

The defendant, Hector Martinez, moves to strike paragraph 39 of the Presentence Report dated December 8, 2003 for the following reasons:

1. The defendant entered a plea of guilty to Count One of the indictment charging him with Conspiracy to Distribute 5 Kilograms or More of Cocaine, in violation of 21 U.S.C. 841(a)(1), (b)(1)(A) and 846.

2. A presentence report was drafted by Senior US Probation Officer Ray Lopez which included a section of the defendant's criminal history. Although the defendant did not have any criminal history, he was arrested more than 35 years prior to the instant case for an allegation of sexual assault (statutory rape). See ¶39 of PSR, attached hereto as Exhibit A.

3. On December 18, 2003, the defendant filed an objection to ¶39 of PSR and Probation Officer Lopez filed an addendum to the PSR addressing the defendant's objection. See Objection to PSR and Addendum to PSR, attached hereto as Exhibits B and C.

4. Defense counsel is unable to locate a transcript which specifically addresses this issue. Counsel has also consulted unsuccessfully with the court reporter's office (Corinna Thompson), the deputy clerk (Sandy Smith) and probation officer (Ray Lope). See Sentencing Transcript attached hereto as Exhibit D.

5. Therefore, it is unclear whether the court issued a ruling concerning said objection.

6. Ultimately, the defendant was sentenced to 87-months, and the Bureau of Prisons designated him to Coleman Federal Correctional Institution, located in Coleman Florida. This is a low level security facility.

7. The defendant would be eligible for "camp" designation if it were not for the allegation set forth in ¶39 of PSR.

WHEREFORE, the defendant hereby moves to strike paragraph 39 of the PSR.

Respectfully submitted,

By: /s/ William H. Paetzold
William H. Paetzold
Moriarty & Paetzold, LLC
2230 Main Street
Glastonbury, CT  06033
Tel No: (860)657-1010
Federal Bar No. ct10074

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed to the following counsel and parties of record on this 5th day of April, 2005:

H. Gordon Hall, Esq.
Assist. U.S. Attorney
157 Church Street
PO Box 1824
New Haven, CT  06510

Ray Lopez
US Probation Officer
915 Lafayette Street
Bridgeport, CT  06604

/s/ William H. Paetzold
William H. Paetzold