UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 APR -6 A 10: 48
DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NUMBER 3:01 CR 61 (AWT) |
| vs. | : | |
| HECTOR MARTINEZ | : | APRIL 5, 2005 |

### MOTION TO FILE UNDER SEAL

The defendant, Hector Martinez, moves to file the Motion to Strike under seal because it references the Presentence Report which is a confidential document.

Respectfully submitted,

By: _____
William H. Paetzold
Moriarty & Paetzold, LLC
2230 Main Street
Glastonbury, CT 06033
Tel No: (860)657-1010
Federal Bar No. ct10074

**GRANTED. It is so ordered.**
Alvin W. Thompson, U.S.D.J
Hartford, CT 04/14/05

### CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed to the following counsel and parties of record on this 5th day of April, 2005:

H. Gordon Hall, Esq.
Assist. U.S. Attorney
157 Church Street
PO Box 1824
New Haven, CT 06510

Ray Lopez
US Probation Officer
915 Lafayette Street
Bridgeport, CT 06604

_____
William H. Paetzold