**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CASE NUMBER 3:01 CR 61 (AWT) |
| vs. | : |
| HECTOR MARTINEZ | : AUGUST 2, 2006 |

**MOTION TO WITHDRAW DEFENDANT'S PREVIOUSLY FILED MOTION TO STRIKE PARAGRAPH 39 OF PRESENTENCE REPORT**

The defendant respectfully moves to withdraw his previously filed motion to strike paragraph 39 of the presentence report. In support of this motion, the defendant submits the following:

1. Counsel has resolved the defendant's designation with the Bureau of Prisons. Hence, the pending motion to strike is moot.

WHEREFORE, the defendant moves that this motion to withdraw be granted.

Respectfully submitted,
The Defendant

By: _____
William H. Paetzold
Moriarty & Paetzold, L.L.C.
2230 Main Street
Glastonbury, CT  06033
Tel No: (860)657-1010
Federal Bar No.: ct10074

## **CERTIFICATION**

     THIS IS TO CERTIFY that a copy of the foregoing motion was mailed to the following counsel of record on this 2nd day of August, 2006:

US Attorney's Office
H. Gordon Hall, Esq.
157 Church Street, 23rd Floor
New Haven, CT  06510

                                                              _____
                                                              William H. Paetzold